# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CHARLES ANTHONY SKAGGS,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 82812 |
| CHARLES ANTHONY SKAGGS,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 82813 |

FILED

MAY 11 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These are pro se appeals from district court orders denying motions for discovery. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for discovery in a criminal matter, this court lacks jurisdiction to consider these appeals. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS these appeals DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-13454

cc: Hon. Scott N. Freeman, District Judge
Charles Anthony Skaggs
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A